IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCUS MOORE, | No. C 13-00278 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| RASH CURTIS & ASSOCIATES, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 18, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION. Parties are hereby REFERRED to the ADR Department for the purpose of completing an Early Neutral Evaluation to take place, ideally, within the next sixty (60) days.

2. INITIAL DISCLOSURES. Initial disclosures shall be exchanged on or before May 2, 2013.

3. DISCOVERY. On or before October 15, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert

CASE MANAGEMENT SCHEDULING ORDER

1  depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete
2  subparts; (c) a reasonable number of requests for production of documents or for inspection per
3  party; and (d) a reasonable number of requests for admission per party.  All written discovery
4  shall be served by June 3, 2013.

5       4.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate
6  Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not
7  more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The
8  joint letter must be electronically filed under the Civil Events category of "Motions and Related
9  Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter
10 is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge
11 may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After
12 a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
13 Judge's procedures.

14      5.    EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and
15 opinions shall proceed as follows:

16      A.    On or before January 30, 2014, parties will make initial expert disclosures in
17 accordance with Federal Rule of Civil Procedure 26(a)(2).

18      B.    On or before February 20, 2014, parties will designate their supplemental and
19 rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

20      C.    On or before March 13, 2014, all discovery of expert witnesses pursuant to
21 Federal Rule of Civil Procedure 26(b)(4) shall be completed.

22      6.    FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case
23 Management Conference shall be held on **October 31, 2013 at 10:00 a.m.** in Courtroom 3, 17th
24 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The
25 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

CASE MANAGEMENT SCHEDULING ORDER

2

7. **PRETRIAL MOTIONS.** All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than **April 10, 2014 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

8. **PRETRIAL CONFERENCE.** The final pretrial conference will be held on **May 29, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

9. **TRIAL DATE.** Jury trial shall commence on **June 9, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 4/18/13

_____
RICHARD SEEBORG
United States District Judge