IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARCUS MOORE,

        Plaintiffs,

  v.

RASH CURTIS & ASSOCIATES,

        Defendants.

No. C 13-00278 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 22, 2013**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 25, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 6/5/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE