1 | Mark E. Ellis - 127159
2 | Andrew M. Steinheimer - 200524
  | Amanda N. Griffith - 288164
3 | ELLIS LAW GROUP, LLP
  | 740 University Avenue, Suite 100
  | Sacramento, CA 95825
4 | Tel: (916) 283-8820
  | Fax: (916) 283-8821
5 | mellis@ellislawgrp.com
  | asteinheimer@ellislawgrp.com
6 | agriffith@ellislawgrp.com

7 | Attorneys for Defendant RASH CURTIS & ASSOCIATES

8 | Ryan Lee – 235879
  | KROHN & MOSS, LTD.
9 | 10474 Santa Monica Blvd., Suite 401
  | Los Angeles, CA 90025
10 | Tel: 323-988-2400 x 241
   | Fax: 866-583-3695
11 | rlee@consumerlawcenter.com

12 | Attorney for Plaintiff MARCUS MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARCUS MOORE, | Case No.: C 13-00278 LB |
|---|---|
| PLAINTIFF, | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE |
| v. | |
| RASH CURTIS & ASSOCIATES, | Date: July 25, 2013 |
| DEFENDANTS. | Time: 1:30 p.m.<br>**Location:** Courtroom 3 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102<br>**Judge:** Honorable Richard Seeborg |

- 1 -

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE

- 2 -

1  Based on the Stipulation of counsel, the hearing on an Order to Show Cause currently scheduled for July
   August 29, 2013 at 1:30 p.m.
2  25, 2013, shall be rescheduled for thirty days so all the parties may finalize the settlement and dismiss the
3  action.
4  IT IS SO ORDERED.
5  DATED: __7/22/13_____

*[signature]*

_____
Honorable Richard Seeborg
United Stated District Court Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE