1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Amanda N. Griffith - 288164
   ELLIS LAW GROUP, LLP
3  740 University Avenue, Suite 100
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ellislawgrp.com
   asteinheimer@ellislawgrp.com
6  agriffith@ellislawgrp.com

7  Attorneys for Defendant RASH CURTIS & ASSOCIATES

8  Ryan Lee – 235879
   KROHN & MOSS, LTD.
9  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
10 Tel: 323-988-2400 x 241
   Fax: 866-583-3695
11 rlee@consumerlawcenter.com

12 Attorney for Plaintiff MARCUS MOORE

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17 MARCUS MOORE, | Case No.:  C 13-00278 LB |
| 18          PLAINTIFF, | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE |
| 19 v. | |
| 20 RASH CURTIS & ASSOCIATES, | Date: July 25, 2013<br>Time: 1:30 p.m. |
| 21          DEFENDANTS. | Location: Courtroom 3 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 |
| 22 | Judge: Honorable Richard Seeborg |

23

24

25

26

27

28

- 1 -

- 2 -

1   Based on the Stipulation of counsel, the hearing on an Order to Show Cause currently scheduled for July
    ~~25, 2013, shall be rescheduled for thirty days~~ August 29, 2013 at 1:30 p.m. so all the parties may finalize the settlement and dismiss the
3   action.

4   IT IS SO ORDERED.

5   DATED: __7/22/13__

*[signature]*

Honorable Richard Seeborg
United Stated District Court Judge

- 2 -

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE