```
 1  Mark E. Ellis - 127159
    Andrew M. Steinheimer - 200524
 2  Amanda N. Griffith - 288164
    ELLIS LAW GROUP, LLP
 3  740 University Avenue, Suite 100
    Sacramento, CA 95825
 4  Tel: (916) 283-8820
    Fax: (916) 283-8821
 5  mellis@ellislawgrp.com
    asteinheimer@ellislawgrp.com
 6  agriffith@ellislawgrp.com

 7  Attorneys for Defendant RASH CURTIS & ASSOCIATES

 8  Ryan Lee – 235879
    KROHN & MOSS, LTD.
 9  10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
10  Tel: 323-988-2400 x 241
    Fax: 866-583-3695
11  rlee@consumerlawcenter.com

12  Attorney for Plaintiff MARCUS MOORE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MOORE,<br><br>    PLAINTIFF,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>    DEFENDANTS. | Case No.: C 13-00278 RS<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS<br><br>**Date:** August 29, 2013<br>**Time:** 1:30 p.m.<br>**Location:** Courtroom 3 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102<br>**Judge:** Honorable Richard Seeborg |

- 1 -

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS

1  Based on the Stipulation of counsel, the above mentioned matter is dismissed with prejudice.

2  IT IS SO ORDERED.

3  DATED: 8/29/13

_____
Honorable Richard Seeborg
United Stated District Court Judge

- 2 -

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS