1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Amanda N. Griffith - 288164
   ELLIS LAW GROUP, LLP
3  740 University Avenue, Suite 100
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ellislawgrp.com
   asteinheimer@ellislawgrp.com
6  agriffith@ellislawgrp.com

7  Attorneys for Defendant RASH CURTIS & ASSOCIATES

8  Ryan Lee – 235879
   KROHN & MOSS, LTD.
9  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
10 Tel: 323-988-2400 x 241
   Fax: 866-583-3695
11 rlee@consumerlawcenter.com

12 Attorney for Plaintiff MARCUS MOORE

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | MARCUS MOORE,              | Case No.: C 13-00278 RS |
|----|----------------------------|-------------------------|
| 18 | PLAINTIFF,                 | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS |
| 19 | v.                         | Date: August 29, 2013<br>Time: 1:30 p.m. |
| 20 | RASH CURTIS & ASSOCIATES,  | Location: Courtroom 3 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 |
| 21 | DEFENDANTS.                | Judge: Honorable Richard Seeborg |

- 1 -

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS

1  Based on the Stipulation of counsel, the above mentioned matter is dismissed with prejudice.

2  IT IS SO ORDERED.

3  DATED: 8/29/13

*[signature]*

Honorable Richard Seeborg
United Stated District Court Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS